IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01462-OES

JOHN HENRY JAMES,

     Applicant,

v.

LARRY REID, (Warden), Centennial Correctional Facility,
DISTRICT COURT JUDGE JULIE G. MARSHALL,
EDWARD RODGERS, District Attorney,
AL ESTEP, (Warden), and
(JOSEPH G. ORTIZ), (Exe. Dir.), The Attorney General of the State of Colorado,

     Respondents.

F I L E D
UNITED ............ COURT

SEP 1 5 2005

G........ ........GHAM
CLERK

---

## ORDER TO TRANSFER APPLICATION TO COURT OF APPEALS

---

Applicant John Henry James is a prisoner in the custody of the Colorado

Department of Corrections who currently is incarcerated at the Limon, Colorado,

Correctional Facility.  He filed *pro se* an application for a writ of habeas corpus

pursuant to 28 U.S.C. § 2254 (1994) challenging a 1994 Colorado state conviction.  For

the reasons stated below, the application will be transferred to the United States Court

of Appeals for the Tenth Circuit (Tenth Circuit).

Mr. James previously has sought habeas corpus relief in this Court pursuant to

28 U.S.C. § 2254.  *See James v. Atherton*, No. 99-cv-02464-ZLW (D. Colo. May 31,

2000), *appeal dismissed*, No. 00-1267 (10th Cir. Jan 1, 2001).  In 99-cv-02464-ZLW,

Mr. James challenged the same state court conviction he challenges in the instant

action.  The Court denied the habeas corpus application in 99-cv-02464-ZLW as barred

by the one-year limitation period in 28 U.S.C. § 2244(d) (Supp. 2005) and for failure to exhaust state remedies.

Pursuant to 28 U.S.C. § 2244(b)(3), Mr. James must apply to the Tenth Circuit for an order authorizing this Court to consider his second or successive application. Mr. James alleges that he has obtained the necessary authorization from the Tenth Circuit. However, he has failed to submit documentation of such authorization with his application and instead has submitted a motion asking this Court to allow him to proceed on a second or successive habeas corpus application. Therefore, the Court must transfer this action to the Tenth Circuit pursuant to 28 U.S.C. § 1631 (1994). *See Coleman v. United States*, 106 F.3d 339, 341 (10th Cir. 1997) (per curiam). Accordingly, it is

ORDERED that the clerk of this Court is directed to transfer the instant action to the United States Court of Appeals for the Tenth Circuit pursuant to 28 U.S.C. § 1631. It is

FURTHER ORDERED that the motions for free transcripts, for appointment of counsel, and for permission to proceed on a second or successive habeas corpus application filed on August 4, 2005, are denied.

DATED at Denver, Colorado, this _15_ day of _Sept._, 2004.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  05-cv-01462-OES

John Henry James
Prisoner No. 49264
Limon Correctional Facility
49030 State Hwy. 71 – Unit 4-C-1-3
Limon, CO 80826

     I hereby certify that I have mailed a copy of the **ORDER** to the above-named
individuals on___9/15/05___

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk